PROB 12B
(7/93)

Report Date: November 8, 2006

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 08 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Carmen Chiprez                Case Number: 2:02CR06063-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 5/22/2003            Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled   Date Supervision Commenced: 10/25/2006
Substance, 18 U.S.C. § 841(a)(1)

Original Sentence: Prison - 46 Months; TSR - 48  Date Supervision Expires: 10/24/2010
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but not more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

The offender signed the "Waiver of Hearing to Modify Conditions of Supervised Release," on November 8, 2006. She understands the rationale behind this modification. Ms. Chiprez continues to submit to drug testing. To date all urine specimens provided by Ms. Chiprez have been negative.

Respectfully submitted,

by /s/ Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer
Date: November 8, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[A] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

NOV 8 2006
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

  I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

17. You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
     Brenda J. Kuest             Carmen Chiprez
     U.S. Probation Officer          Probationer or Supervised Releasee

          _November 8, 2006_
            Date