PROB 12B
(7/93)

Report Date: June 4, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 0 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Carmen Chiprez                Case Number: 2:02CR06063-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

Date of Original Sentence: 05/22/2003           Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled      Date Supervision Commenced: 10/25/2006
Substance, 18 U.S.C. § 841(a)(1)

Original Sentence: Prison - 46 months;          Date Supervision Expires: 10/24/2010
TSR - 48 months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

18    You shall take medications for the treatment of as prescribed by the licensed mental health treatment provider.

### CAUSE

On May 15, 2010, Carmen Chiperez was taken into protective custody by the Pasco Police Department, and admitted to Lordes Medical Center for a psychological evaluation. It was determined that Ms. Chiperez was having delusions.

On May 18, 2010, Carmen Chiprez was admitted to Eastern State Hospital for further mental health treatment. Ms. Chiprez was released from Eastern State Hospital on June 4, 2010, and is returning to her home in Omak, Washington.

The above modification of conditions will allow the probation office to assist Ms. Chiperez with mental treatment. She has agreed to said modification as evidenced by her signature on the attached waiver of hearing to modify conditions of supervision.

Prob 12B
**Re: Chiprez, Carmen**
**June 4, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/4/10

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

June 10, 2010
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

18   You shall take medications for the treatment of as prescribed by the licensed mental health treatment provider.

Witness: _____  Signed: X _____
          Richard Law                        Carmen Chiprez
          U.S. Probation Officer             Probationer or Supervised Releasee

June 4, 2010
Date